**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                               ) | |
|        Plaintiff,           ) | |
|                               ) | |
|      v.                      ) | NO. 2:25 CR 00121-PPS/AZ |
|                               ) | |
| JABARI CASEY,              ) | |
|                               ) | |
|        Defendant.         ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Abizer Zanzi relating to defendant Jabari Casey's decision to plead guilty to Counts 3 and 4 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 27, 30.] Following a hearing held on the record on June 23, 2026 [DE 30], Judge Zanzi found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to Count 3 of the indictment charging him with knowingly and intentionally possessing with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, and a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of 21 U.S.C. § 841(a)(1); and his decision to enter a plea of guilty to Count 4 of the indictment charging him with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

Judge Zanzi recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Jabari Carey's plea of guilty, the Court hereby ADOPTS the findings and recommendation [DE 30] in their entirety.

Defendant, Jabari Carey, is adjudged GUILTY of Counts 3 and 4 of the indictment.  The sentencing hearing is HEREBY SET for October 27, 2026, at 1:00 p.m. Hammond/Central time.

ENTERED: July 7, 2026.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2